COURT EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Vanessa Battle

Defendant(s).
----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21-CR-24 ( )( )

Defendant ___Vanessa Battle_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

___ Initial Appearance Before a Judicial Officer

_x_ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

/s/ Vanessa Battle by JCM on consent
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)
Vanessa Battle
_____
Print Defendant's Name

_[signature]_
_____
Defendant's Counsel's Signature

Joseph A. Vita
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

1/15/2021
_____
Date

_Judith C. McCarthy_
_____
U.S. District Judge/U.S. Magistrate Judge